**No. 10-10406. Mathew Lamont Powell, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

565 U.S. 1101, 132 S. Ct. 867, 181 L. Ed. 2d 565, 2011 U.S. LEXIS 8986.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 836, 132 S. Ct. 140, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5418.

**No. 10-10648. Dennis Michael Salerno, Petitioner v. Michigan.**

565 U.S. 1101, 132 S. Ct. 867, 181 L. Ed. 2d 565, 2011 U.S. LEXIS 8896.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 842, 132 S. Ct. 156, 181 L. Ed. 2d 71, 2011 U.S. LEXIS 5917.

**No. 10-10662. James C. Platts, Petitioner v. United States.**

565 U.S. 1101, 132 S. Ct. 868, 181 L. Ed. 2d 565, 2011 U.S. LEXIS 8921.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 843, 132 S. Ct. 156, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 6032.

**No. 10-10696. Tommy Span, Petitioner v. Gary S. Barders, et al.**

565 U.S. 1101, 132 S. Ct. 868, 181 L. Ed. 2d 565, 2011 U.S. LEXIS 9012.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 844, 132 S. Ct. 160, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 6030.

**No. 10-10740. Daniel Jon Peterka, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1101, 132 S. Ct. 868, 181 L. Ed. 2d 565, 2011 U.S. LEXIS 8962.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 847, 132 S. Ct. 166, 181 L. Ed. 2d 79, 2011 U.S. LEXIS 6272.

**No. 10-10817. Steve Alan Mahoney, Petitioner v. Steve Hammond, et al.**

565 U.S. 1101, 132 S. Ct. 868, 181 L. Ed. 2d 565, 2011 U.S. LEXIS 8894.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 851, 132 S. Ct. 176, 181 L. Ed. 2d 87, 2011 U.S. LEXIS 6393.

**No. 10-10876. Christopher B. Thompson, Petitioner v. Mike Dittman, Warden.**

565 U.S. 1101, 132 S. Ct. 868, 181 L. Ed. 2d 565, 2011 U.S. LEXIS 8959.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 854, 132 S. Ct. 184, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 6426.